# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MARVEL HUGHES

VERSUS

MELANIE DOTSON, GORDON
DOTSON AND ALLSTATE
INSURANCE COMPANY

NO.   2021 CW 1350

MARCH 10, 2022

In Re:   Melanie Dotson, Gordon Dotson, and Allstate Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 666795.

BEFORE:   WHIPPLE, C.J., McCLENDON AND THERIOT, JJ.

WRIT DENIED.

VGW
MRT

McClendon, J., dissents and would grant the writ application. I find that Dr. Dammers is qualified to testify in the field of neuropsychology, and that neuropsychologists have generally been found qualified to testify as to the effects of head injuries from accidents. See **Leidelmeijen v. Ferncrest Manor Nursing Home Luba Workers' Comp.**, 2015-1216 (La. App. 4th Cir. 3/16/16), 191 So.3d 38, 42-44. Accordingly, the complete pretrial exclusion of all testimony and evidence from Dr. Dammers was an abuse of discretion. Any specific, timely objections to the testimony of Dr. Dammers may be handled by the trial court as they arise at trial. See La. Code Evid. art. 103(A). Accordingly, I would reverse the portion of the trial court's May 24, 2021 judgment which granted plaintiff, Marvel Hughes's, motion in limine to strike and/or exclude the IME, any testimony and documentary evidence by Dr. Paul M. Dammers and deny the motion in limine.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT